**Fill in this information to identify the case**

Debtor 1  <u>Susan Ann Hamilton</u>

Debtor 2  <u>Elmer L. Hamilton</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>SOUTHERN</u> District of <u>OHIO</u>
                                                                        **(State)**

Case number  <u>15-12021</u>

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/15

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpeition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | **Federal National Mortgage Association ("Fannie Mae"), by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc.,** | **Court claim no.** (if known)**:**    **6** |

**Last four digits** of any number you use to       **3631**
identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒       No

☐       Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount | |
|---|---|---|---|---|---|
| 1. | Late charges | | (1) | $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ | |
| 3. | Attorney's fees | | (3) | $ | |
| 4. | Filing fees and court costs | | (4) | $ | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ | |
| 7. | Property inspection fees | 7 @ 15.00 - 3/31/16, 4/27/16, 5/25/16, 6/29/16, 7/27/16, 8/24/16, 9/20/16 | (7) | $ | 105.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ | |
| 9. | Insurance advances (non-escrow) | | (9) | $ | |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ | |
| 11. | Other. Specify: _____ | | (11) | $ | |
| 12. | Other. Specify: _____ | | (12) | $ | |

15-031094_SEN

| | | | |
|---|---|---|---|
| 13. | Other. Specify: _____ | (13) | $ |
| 14. | Other. Specify: _____ | (14) | $ |

The debtor or trustee may challenge whether the fess, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

15-031094_SEN

| Debtor 1 | Susan Ann Hamilton | | | Case number (if known) 15-12021 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.**

Check the appropriate box.

☐       I am the creditor.

☐       I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

***X***    /s/ Adam B. Hall                                                Date  09/23/2016
   Signature

Print:        Adam B. Hall (0088234)                    Title   Attorneys for Creditor
Title          Attorneys for Creditor
Company    Manley Deas Kochalski LLC
Address     P.O. Box 165028
                 Number          Street
                 Columbus, OH  43216-5028
                 City                      State        ZIP Code

Contact phone    614-220-5611                          Email   abh@manleydeas.com

15-031094_SEN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2016, a copy of the foregoing Notice of

Postpetition Mortgage Fees, Expenses, and Charges was served on the following registered ECF

participants, **electronically** through the court's ECF System at the email address registered with

the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH  45202, cincinnati@cinn13.org

Chris Keegan, Attorney for Susan Ann Hamilton, 4440 Glen Este-Withamsville Road, Suite 350, Cincinnati, OH  45245, dandrade@fuse.net

Olivia O Singletary, Attorney for Susan Ann Hamilton, 1137 E 19th Avenue, Columbus, OH , ooutlaw7017@yahoo.com

and on the below listed parties by regular U.S. mail, postage prepaid:

Susan Ann Hamilton and Elmer L. Hamilton, 3418 Rivendell Drive, Amelia, OH  45102

Susan Ann Hamilton and Elmer L. Hamilton, 3418 Rivendell Dr, Amelia, OH  45102


/s/ Adam B. Hall

15-031094_SEN