**Fill in this information to identify the case**

**Debtor 1** Susan Ann Hamilton

**Debtor 2** Elmer L. Hamilton
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** SOUTHERN **District of** OHIO
**(State)**

**Case number** 15-12021

## Official Form 410S1
## Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor** | Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc., |
| **Last four digits** of any number you use to identify the debtor's account: | 3631 |
| **Court claim no.** (if known) | 6 |
| **Date of payment change** Must be at least 21 days after date of this notice | 12/1/2017 |
| **New total payment:** Principal, interest, and escrow, if any | $1,056.50 |

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $530.03       New escrow payment:   $464.19

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____        New principal and interest payment: $_____

### Part 3:  Other Payment Change

15-031094_DCA

3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?

    ☒ No
    ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

    Reason for change: _____

    Current mortgage payment: $_____    New mortgage payment: $_____

15-031094_DCA

Debtor 1 ___Susan Ann Hamilton_____   Case number (if known) _15-12021_____
        First Name        Middle Name       Last Name

## Part 4:     Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X ___/s/ Adam B. Hall_____     Date  _November 1, 2017_
   Signature

Print:         _Adam B. Hall (0088234)_____     Title  _Attorneys for Creditor_____

Company   _Manley Deas Kochalski LLC_____

Address    _P.O. Box 165028_____
        Number       Street

         _Columbus, OH  43216-5028_____
        City       State      ZIP Code

Contact phone  _614-220-5611_____         Email  _abh@manleydeas.com_

15-031094_DCA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served

**electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH 45202, cincinnati@cinn13.org

Chris Keegan, Attorney for Susan Ann Hamilton, 4440 Glen Este-Withamsville Road, Suite 350, Cincinnati, OH 45245, CKe8009542@aol.com

and by ordinary U.S. mail on November  1 , 2017 addressed to:

Susan Ann Hamilton and Elmer L. Hamilton, 3418 Rivendell Drive, Amelia, OH 45102

Susan Ann Hamilton and Elmer L. Hamilton, 3418 Rivendell Dr, Amelia, OH 45102

                    /s/ Adam B. Hall
                    Adam B. Hall

15-031094_DCA

 

**Representation Of Printed Document**

seterus
PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a m to 6 p m
Friday 5 a m to 6 p m
Phone 866 570 5277

Redacted

ELMER L HAMILTON
SUSAN A HAMILTON
c/o OLIVIA O SINGLETARY
DO NOT MAIL  - DO NOT MAIL
COLUMBUS OH

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 10/12/17 |
| Loan Number: | Redacted |
| Current Payment | New Payment Effective 12/01/17 |
| Principal and Interest        $592 31 | Principal and Interest*        $592 31 |
| Escrow        $530 03 | Escrow        $464 19 |
| Total Current Payment        $1,122 34 | Total NEW Payment*        $1,056 50 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan  In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments  You will receive a separate notice for interest rate adjustments

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc  is the servicer of the above referenced loan  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months  This payment will increase if you have a post-petition shortage and/or deficiency  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months

Our records indicate a petition for Bankruptcy was filed on May 21, 2015  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment

**ANTICIPATED DISBURSEMENTS**
December  2017 to November  2018

| | |
|---|---|
| MORTGAGE INS | $284 04 |
| COUNTY | $2,586 22 |
| HAZARD INS | $2,700 00 |
| **Total Disbursements** | **$5,570.26** |

Bankruptcy File Date        May 21, 2015

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date        $2,940 11

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law  This cushion covers any potential increases in your tax and/or insurance disbursements  Cushion selected by servicer: $928 38

**ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE**
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $252 24 |
| Post Petition Beg Bal* | | | | $3,192 35 |
| Surplus Refund | | | | $61 39 |
| 12/01/2017 | 464 19 | 23 67- | MORTGAGE INS | 3,571 48 |
| 12/01/2017 | 0 00 | 1,293 11- | COUNTY | 2,278 37 |
| 01/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 2,718 89 |
| 02/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 3,159 41 |
| 03/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 3,599 93 |
| 04/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 4,040 45 |
| 05/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 4,480 97 |
| 06/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 4,921 49 |
| 06/01/2018 | 0 00 | 1,293 11- | COUNTY | 3,628 38 |
| 06/01/2018 | 0 00 | 2,700 00- | HAZARD INS | 928 38 |
| 07/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 1,368 90 |
| 08/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 1,809 42 |
| 09/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 2,249 94 |
| 10/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 2,690 46 |
| 11/01/2018 | 464 19 | 23 67- | MORTGAGE INS | 3,130 98 |
| **Total** | **$5,570.28** | **$5,570.26-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $928 38, or 1/6 of the total anticipated payments from your escrow account  Your lowest escrow balance was $928 38

The escrow account has a pre-petition shortage and/or deficiency  A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account  An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months  The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment

***Continued on Reverse***
INTERNET REPRINT

ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2016 to November 2017  This history  compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account   If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | $3,153 61 | $4,489 67- |
| **Date** | | | | | | |
| 12/01/16   467 42 | 436 46 * | 23 67- | 23 67- | MORTGAGE INS | 3,597 36 | 4,076 88- |
| 12/01/16   0 00 | 0 00 | 1,258 01- | 0 00 * | COUNTY | 2,339 35 | 4,076 88- |
| 01/01/17   467 42 | 0 00 * | 23 67- | 23 67- | MORTGAGE INS | 2,783 10 | 4,100 55- |
| 01/01/17   0 00 | 0 00 | 0 00 | 1,293 11- * | COUNTY | 2,783 10 | 5,393 66- |
| 02/01/17   467 42 | 872 92 * | 23 67- | 23 67- | MORTGAGE INS | 3,226 85 | 4,544 41- |
| 03/01/17   467 42 | 872 92 * | 23 67- | 23 67- | MORTGAGE INS | 3,670 60 | 3,695 16- |
| 04/01/17   467 42 | 872 92 * | 23 67- | 23 67- | MORTGAGE INS | 4,114 35 | 2,845 91- |
| 05/01/17   467 42 | 436 46 * | 23 67- | 23 67- | MORTGAGE INS | 4,558 10 | 2,433 12- |
| 05/01/17   0 00 | 0 00 | 0 00 | 2,700 00- * | HAZARD INS | 4,558 10 | 5,133 12- |
| 06/01/17   467 42 | 436 46 * | 23 67- | 23 67- | MORTGAGE INS | 5,001 85 | 4,720 33- |
| 06/01/17   0 00 | 0 00 | 1,258 01- | 1,293 11- * | COUNTY | 3,743 84 | 6,013 44- |
| 06/01/17   0 00 | 0 00 | 2,809 00- | 0 00 * | HAZARD INS | 934 84 | 6,013 44- |
| 07/01/17   467 42 | 530 03 * | 23 67- | 23 67- | MORTGAGE INS | 1,378 59 | 5,507 08- |
| 08/01/17   467 42 | 530 03 * | 23 67- | 23 67- | MORTGAGE INS | 1,822 34 | 5,000 72- |
| 09/01/17   467 42 | 0 00 * | 23 67- | 23 67- | MORTGAGE INS | 2,266 09 | 5,024 39- |
| 10/01/17   467 42 | 4,770 27 * | 23 67- | 0 00 * | MORTGAGE INS | 2,709 84 | 254 12- |
| 11/01/17   467 42 | 0 00 * | 23 67- | 0 00 | MORTGAGE INS | 3,153 59 | 254 12- |
| **Total**   **$5,609.04** | **$9,758.47** | **$5,609.06-** | **$5,522.92-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount
\*\* indicates escrow payment made during a period where the loan was paid ahead

**NOTE –** This analysis was prepared in advance of the escrow payment change date   Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account

THIS COMMUNICATION  IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR  WE ARE ATTEMPTING TO COLLECT A DEBT  AND  ANY  INFORMATION  OBTAINED  WILL  BE  USED  FOR  THAT  PURPOSE   HOWEVER,  IF  YOU  ARE  IN  BANKRUPTCY  OR   RECEIVED  A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT  THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT  **COLORADO:** SEE WWW COLORADOATTORNEYGENERAL GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT  Seterus, Inc  maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228  The office's phone number is 888 738 5576  **NEW YORK CITY:** 1411669, 1411665, 1411662  **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance  Seterus, Inc is  licensed  to do business at 14523 SW Millikan Way, Beaverton, OR 97005

INTERNET REPRINT